IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN BARRON-VALDEZ,<br><br>　　　　　　Defendant. | 8:25CR4<br><br>INDICTMENT<br><br>8 U.S.C. § 1326(a) & (b)(2) |

FILED US DISTRICT COURT DISTRICT OF NEBRASKA JAN 2 1 2025 OFFICE OF THE CLERK

The Grand Jury charges that

### COUNT I

On or about December 7, 2024, in the District of Nebraska, the defendant, ADRIAN BARRON-VALDEZ, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to defendant's reapplication for admission into the United States. It is further alleged that defendant ADRIAN BARRON-VALDEZ was excluded, deported, and removed from the United States subsequent to June 10, 2013.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2)

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
CHRISTOPHER L. FERRETTI
Assistant U.S. Attorney